Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 18–31498–ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Geraldine Carol Battle  
84 Fayette Street  
Bridgeton, NJ 08302

Social Security No.:  
xxx–xx–2874

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 11, 2019.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           June 26, 2019  
Time:            10:00 AM  
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 23, 2019  
JAN: bed

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-31498-ABA
Geraldine Carol Battle                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: May 23, 2019
                              Form ID: 185             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db             +Geraldine Carol Battle,   84 Fayette Street,    Bridgeton, NJ 08302-2427
cr             +City of Bridgeton,   c/o Bertram Law Office, L.L.C.,    56 Fayette Street,
                 Bridgeton, NJ 08302-2425
517886984     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,   Arlington, TX 76096)
517872060      +Allied Interstate,   PO Box 361315,    Columbus, OH 43236-1315
517959825       BANK OF NEW YORK AS TRUSTEE FOR CWABS 2006-21,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC 29603-0826
517872054       Bay Area Receivables,   PO Box 3535,    Salisbury, MD 21802-3535
517872056       Cit Bank,   PO Box 6241,   Soux Falls, SD 57117-6241
517872051      +City of Bridgeton,   181 E. Commerce Street,    Water & Sewer Dept,    Bridgeton, NJ 08302-2623
517872061      +Dynamic Recovery Solutions,    PO Box 25759,   Re: American General,    Greenville, SC 29616-0759
517879698      +GM Financial,   PO Box 183123,    Arlington, TX 76096-3123
517879699      +KML Law Group, PC,   216 Haddon Avenue Ste 406,    Collingswood, NJ 08108-2812
517872065      +Locker Room Self Storage,    40 Love Lane,   Bridgeton, NJ 08302-6074
517872064       Office of Attorney General,    25 Market Street,   PO Box 112,
                 Richard J. Hughes Justice Complex,    Trenton, NJ 08625-0112
517846795      +Orion,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517872053     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of NJ,   PO Box 245,    Dept of Treasury,
                 Division of Taxation,   Trenton, NJ 08695-0245)
517841745       Shellpoint Mortgage Servicing,    PO Box 51850,   Livonia, MI  48151-5850
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:49       U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:46       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517872055       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2019 23:50:03       Capital One,
                 PO Box 85015,   Richond, VA 23285-5015
517943981       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2019 23:49:23
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517872057       E-mail/Text: mrdiscen@discover.com May 23 2019 23:42:43       Discover,    PO Box 15251,
                 Wilmington, DE 19886-5251
517872063      +E-mail/Text: cio.bncmail@irs.gov May 23 2019 23:43:12       IRS,    1601 Market Street,
                 Philadelphia, PA 19103-2301
517930890      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2019 23:49:27
                 Orion Portfolio Services, LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk VA 23541-1021
517958146       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2019 23:49:27
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
517949332       E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2019 23:49:01
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517872059      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 23 2019 23:42:36
                 Verizon,   PO Box 25087,    Wilmington DE 19899-5087
                                                                                              TOTAL: 10
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517872052*      IRS,   PO Box 744,   Springfield, NJ 07081-0744
517872062*      IRS,   PO Box 725,   Special Procedures Function,    Springfield, NJ 070081
517872058    ##+Trident Asset Mgmt,    5755 N. Point Pkway Ste 12,    Alpharetta, GA 30022-1136
                                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1           User: admin                Page 2 of 2                   Date Rcvd: May 23, 2019
                               Form ID: 185               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, as Trustee et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca J. Bertram    on behalf of Creditor   City of Bridgeton rebeccajbertram@gmail.com
              Seymour  Wasserstrum    on behalf of Debtor Geraldine Carol Battle mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```