UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

49072
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

In Re:

GERALDINE CAROL BATTLE



Order Filed on July 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-31498

Adv. No.

Hearing Date: 6/25/2019

Judge: (ABA)

**ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 25, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Geraldine Carol Battle
Case No: 18-31498
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial, with the appearance of Seymour Wasserstrum, Esquire on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial") is the holder of a first purchase money security interest encumbering a 2013 Nissan Pathfinder bearing vehicle identification number 5N1AR2MM1DC616552.
2. That the Debtor's account has post-petition arrears through June 2019 in the amount of $2,685.53.
3. That the Debtor is to cure this arrearage by making their regular monthly payment of $584.28 plus an additional $447.59 each month (for a total monthly payment of $1,031.87) for the months of July through December 2019.
4. That commencing July 2019, if the Debtor fails to make any payment to GM Financial within thirty (30) days after a payment falls due, GM Financial shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, their attorney, and the Chapter 13 Trustee.
5. That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. AmeriCredit/GM Financial must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, GM Financial shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such

**(Page 3)**

Debtors: Geraldine Carol Battle

Case No: 18-31498

Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

    **certification on the Debtor, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtor is to pay a counsel fee of $531.00 to GM Financial through their Chapter 13 plan.**