UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

49072
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

In Re:

GERALDINE CAROL BATTLE

Order Filed on July 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-31498

Adv. No.

Hearing Date: 6/25/2019

Judge: (ABA)

## ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 25, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Geraldine Carol Battle
Case No: 18-31498
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain
circumstances, counsel fees, and insurance.

  This matter having brought before this Court on a Motion For Stay Relief filed by
John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial,
with the appearance of Seymour Wasserstrum, Esquire on behalf of the Debtor, and this Order
having been filed with the Court and served upon the Debtor and their attorney under the seven
day rule with no objections having been received as to the form or entry of the Order and for
good cause shown, it is hereby

  **ORDERED:**

1. **That AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial")
is the holder of a first purchase money security interest encumbering a 2013
Nissan Pathfinder bearing vehicle identification number
5N1AR2MM1DC616552.**

2. **That the Debtor's account has post-petition arrears through June 2019 in the
amount of $2,685.53.**

3. **That the Debtor is to cure this arrearage by making their regular monthly
payment of $584.28 plus an additional $447.59 each month (for a total monthly
payment of $1,031.87) for the months of July through December 2019.**

4. **That commencing July 2019, if the Debtor fails to make any payment to GM
Financial within thirty (30) days after a payment falls due, GM Financial shall
be entitled to stay relief upon filing a certification with the Court and serving it
on the Debtor, their attorney, and the Chapter 13 Trustee.**

5. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have
full comprehensive and collision coverage with deductibles not exceeding $500.00
each.  AmeriCredit/GM Financial must be listed as loss payee.  If the Debtor
fails to maintain valid insurance on the vehicle, GM Financial shall be entitled to
stay relief upon filing a certification that insurance has lapsed and serving such**

**(Page 3)**

Debtors: Geraldine Carol Battle

Case No: 18-31498

Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

**certification on the Debtor, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtor is to pay a counsel fee of $531.00 to GM Financial through their Chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-31498-ABA
Geraldine Carol Battle                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jul 25, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db              +Geraldine Carol Battle,    84 Fayette Street,    Bridgeton, NJ 08302-2427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York, as Trustee et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca J. Bertram   on behalf of Creditor   City of Bridgeton rebeccajbertram@gmail.com
          Seymour  Wasserstrum   on behalf of Debtor Geraldine Carol Battle mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8