**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−31498−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Geraldine Carol Battle
   84 Fayette Street
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−2874

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/19.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 16, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 18-31498-ABA
Geraldine Carol Battle                                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2             Date Rcvd: Aug 16, 2019
                            Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
```
db             +Geraldine Carol Battle,    84 Fayette Street,    Bridgeton, NJ 08302-2427
cr             +City of Bridgeton,    c/o Bertram Law Office, L.L.C.,    56 Fayette Street,
                 Bridgeton, NJ 08302-2425
517872060      +Allied Interstate,    PO Box 361315,    Columbus, OH 43236-1315
517959825       BANK OF NEW YORK AS TRUSTEE FOR CWABS 2006-21,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
517872054       Bay Area Receivables,    PO Box 3535,    Salisbury, MD 21802-3535
517872056       Cit Bank,    PO Box 6241,    Soux Falls, SD 57117-6241
517872051      +City of Bridgeton,    181 E. Commerce Street,    Water & Sewer Dept,    Bridgeton, NJ 08302-2623
517872061      +Dynamic Recovery Solutions,    PO Box 25759,    Re: American General,    Greenville, SC 29616-0759
517879699      +KML Law Group, PC,    216 Haddon Avenue Ste 406,    Collingswood, NJ 08108-2812
517872065      +Locker Room Self Storage,    40 Love Lane,    Bridgeton, NJ 08302-6074
517872064       Office of Attorney General,    25 Market Street,    PO Box 112,
                 Richard J. Hughes Justice Complex,    Trenton, NJ 08625-0112
517846795      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517872053     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of NJ,    PO Box 245,    Dept of Treasury,
                 Division of Taxation,    Trenton, NJ 08695-0245)
517841745       Shellpoint Mortgage Servicing,    PO Box 51850,    Livonia, MI  48151-5850
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2019 01:00:47       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2019 01:00:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Aug 17 2019 04:13:00      Americredit Financial Services, Inc., d/b/a GM Fin,
                 4000 Embarcadero Dr.,    Arlington, TX 76014-4101
517886984       EDI: PHINAMERI.COM Aug 17 2019 04:13:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,    P O Box 183853,    Arlington, TX 76096
517872055       EDI: CAPITALONE.COM Aug 17 2019 04:13:00      Capital One,    PO Box 85015,
                 Richond, VA 23285-5015
517943981       EDI: CAPITALONE.COM Aug 17 2019 04:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517872057       EDI: DISCOVER.COM Aug 17 2019 04:13:00      Discover,    PO Box 15251,
                 Wilmington, DE 19886-5251
517879698      +EDI: PHINAMERI.COM Aug 17 2019 04:13:00      GM Financial,    PO Box 183123,
                 Arlington, TX 76096-3123
517872063      +EDI: IRS.COM Aug 17 2019 04:13:00      IRS,    1601 Market Street,    Philadelphia, PA 19103-2301
517930890      +EDI: PRA.COM Aug 17 2019 04:13:00      Orion Portfolio Services, LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517958146       EDI: PRA.COM Aug 17 2019 04:13:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517949332       EDI: RESURGENT.COM Aug 17 2019 04:13:00      Pinnacle Credit Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517872059      +EDI: VERIZONCOMB.COM Aug 17 2019 04:13:00      Verizon,    PO Box 25087,
                 Wilmington DE 19899-5087
                                                                                               TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517872052*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
517872062*      IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 070081
517872058     ##+Trident Asset Mgmt,    5755 N. Point Pkway Ste 12,    Alpharetta, GA 30022-1136
                                                                                        TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2019
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York, as Trustee et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca J. Bertram    on behalf of Creditor   City of Bridgeton rebeccajbertram@gmail.com
          Seymour  Wasserstrum    on behalf of Debtor Geraldine Carol Battle mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```